# U.S. Bankruptcy Court

## District of Colorado

| | | |
|---|---|---|
| In re: | THOMAS KUTRUBES | ) | **Case No:**20–18219–JGR |
| | **Debtor(s)** | ) | |
| | | ) | |
| | ATLAS BIOLOGICALS, INC. | ) | **Adv. Proc. No.** 23–01266–JGR |
| | **Plaintiff** | ) | |
| | | ) | |
| v. | THOMAS KUTRUBES | ) | |
| | **Defendant** | ) | |

*SUMMONS IN AN ADVERSARY PROCEEDING*

***YOU ARE SUMMONED*** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| *Address of Clerk* |
|---|
| *Clerk, U.S. Bankruptcy Court* |
| *District of Colorado* |
| *721 19th St.* |
| *Denver, CO 80202–2508* |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| *Name and Address of Plaintiff's Attorney* |
|---|
| *David M. Miller* |
| *1700 Lincoln St.* |
| *Suite 2000* |
| *Denver, CO 80203* |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Kenneth S. Gardner, Clerk**

**Date Issued**

**December 18, 2023**

B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

# CERTIFICATE OF SERVICE

I, <u>Kayla Dominguez</u> (name), certify that service of this summons and a copy of the complaint was made <u>December 19, 2023</u> (date) by:

✖ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Thomas Kutrubes                    Aaron A Garber
3602 Voyager Lane                  Wadsworth Garber Warmer Conrardy, P.C.
Fort Collins, CO 80528             2580 West Main Street
                                   Littleton, CO 80120

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>12-19-2023</u>     Signature   <u>/s/ Kayla Dominguez</u>

Print Name:              <u>Kayla Dominguez</u>

Business Address:        <u>1700 Lincoln St., Suite 2000</u>

                         <u>Denver , CO 80203</u>

A copy of this *Notice to Litigants* and the attached income information should be served along with the Summons and Complaint.  GPO 2009-3 (1994-3).

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

# *NOTICE TO LITIGANTS*

**You have been named as a defendant in an adversary proceeding, the outcome of which may affect your bankruptcy discharge.  Even if you have already received a discharge, this is a serious matter that you should not ignore.**

Individual litigants are entitled to appear without an attorney and represent themselves in the Bankruptcy Court.  However, the rules can be quite technical and failure to comply with the rules can have severe consequences.  Before deciding to appear on your own, you should consider consulting an attorney.  If you cannot afford an attorney, you may contact:

---

**The Faculty of Federal Advocates**
**Bankruptcy *Pro Bono* Program**

Jennifer Eastin, Administrator
Bankruptcy *Pro Bono* Program
1601 19th Street, Suite 1000
Denver, CO  80202
Phone:  303.628.9626
Fax:  303.623.9222
E-mail:  jeastin@lrrc.com

<u>**NOTE**</u>**:  When you make contact, you will need to have a copy of your Summons and Complaint.**

---

Upon contact, you will be screened for eligibility and, if it is determined that you are eligible, an attorney may be found who may represent you without payment of attorneys' fees.  You may, however, still be responsible for the payment of costs.

| 150% of the HHS Poverty Guidelines for 2022*<br>Monthly Basis | | | |
|---|---|---|---|
| Persons in family unit | 48 Contiguous States and D.C. | Alaska | Hawaii |
| 1 | $1,698.75 | $2,123.75 | $1,953.75 |
| 2 | $2,288.75 | $2,861.25 | $2,632.50 |
| 3 | $2,878.75 | $3,598.75 | $3,311.25 |
| 4 | $3,468.75 | $4,336.25 | $3,990.00 |
| 5 | $4,058.75 | $5,073.75 | $4,668.75 |
| 6 | $4,648.75 | $5,811.25 | $5,347.50 |
| 7 | $5,238.75 | $6,548.75 | $6,026.25 |
| 8 | $5,828.75 | $7,286.25 | $6,705.00 |
| For each additional person add | $590.00 | $737.50 | $678.75 |

* As required by section 673(2) of the Omnibus Budget Reconciliation Act of 1981 (Pub. L. 97-35 - reauthorized by Pub. L. 105-285, Section 201 (1988)).

### 150% of the HHS Poverty Guidelines for 2022*
Annual Basis

| Persons in family unit | 48 Contiguous States and D.C. | Alaska | Hawaii |
|---|---|---|---|
| 1 | $20,385 | $25,485 | $23,445 |
| 2 | $27,465 | $34,335 | $31,590 |
| 3 | $34,545 | $43,185 | $39,735 |
| 4 | $41,625 | $52,035 | $47,880 |
| 5 | $48,705 | $60,885 | $56,025 |
| 6 | $55,785 | $69,735 | $64,170 |
| 7 | $62,865 | $78,585 | $72,315 |
| 8 | $69,945 | $87,435 | $80,460 |
| For each additional person add | $7,080 | $8,850 | $8,145 |

* As required by section 673(2) of the Omnibus Budget Reconciliation Act of 1981 (Pub. L. 97-35 - reauthorized by Pub. L. 105-285, Section 201 (1988)).