UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>THOMAS KUTRUBES,<br>SSN: xxx-xx-5948<br><br>Debtor.<br>_____<br>ATLAS BIOLOGICALS, INC.<br>Plaintiff<br><br>v.<br><br>THOMAS KUTRUBES<br>Defendant | Case No. 20-18219-JGR<br><br>Chapter 7<br><br><br><br><br><br>Adv. Proc. No. 23-1266-JGR |

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

THIS MATTER comes before the Court on Thomas Kutrubes' Motion to Extend Time to Respond to Complaint (the "Motion"), and the Court having reviewed the Motion, and for cause shown, does hereby

ORDER

The Motion is GRANTED. Mr. Kutrubes shall have until February 1, 2024 to answer or other respond to the Complaint.

Dated: January 16, 2024                    BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge