United States Bankruptcy Court
District of Colorado

Atlas Biologicals, Inc.,
    Plaintiff

Kutrubes,
    Defendant

Adv. Proc. No. 23-01266-JGR

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 02, 2024 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Atlas Biologicals, Inc., 2649 E. Mulberry St, #3, Fort Collins, CO 80524-3673 |
| dft | + | Thomas Kutrubes, 3602 Voyager Lane, Fort Collins, CO 80528-4413 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Garber | on behalf of Defendant Thomas Kutrubes agarber@wgwc-law.com ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| David M. Miller | on behalf of Plaintiff Atlas Biologicals Inc. dmiller@spencerfane.com, kdominguez@spencerfane.com;david-miller-7513@ecf.pacerpro.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>THOMAS KUTRUBES,<br>SSN: xxx-xx-5948<br><br><br>Debtor. | Case No. 20-18219-JGR<br>Chapter 7 |
| Atlas Biologicals, Inc.<br><br>    Plaintiff,<br>v.<br><br>Thomas Kutrubes<br><br>    Defendant. | Adv. Pro. No. 23-1266-JGR |

## ORDER FOR COMPLIANCE WITH FED.R.BANKR.P. 7026
### (Fed.R.Civ.P. 26(a) and (f))

THIS MATTER comes before the Court *sua sponte* on the Plaintiff's Complaint (Doc. 1) and Defendant's Answer thereto (Doc. 9). The Court, having reviewed the pleadings,

DOES ORDER that pursuant to Fed.R.Bankr.P. 7026, Fed.R.Civ.P. 26, and L.B.R. 7026-1, counsel/the parties shall, on or before **March 4, 2024:**

1. Confer and discuss, pursuant to Fed.R.Bankr.P. 7026 and Fed.R.Civ.P. 26(f),

    (a) The nature and basis of their claims and defenses; and

    (b) The possibilities for a prompt settlement or resolution of the case.

2. Complete all initial disclosures required by Fed.R.Civ.P. 26(a)(1).

3. Develop a specific and firm discovery schedule and plan. This discovery plan should

    (a) Contain firm deadlines for completion of discovery and a date to file dispositive motions;

    (b) Address any pertinent matters and identify anticipated problems identified in Fed.R.Civ.P. 16(b) and (c);

    (c) Identify the time frame for, and the expected length of, trial; and

    (d) Comply with L.B.R. 7026-1 and 7026-2 or specify reasons why compliance should be waived.

4. Submit a written report to the Court, on or before **March 18, 2024,** which includes proposals for the following, or otherwise notify this Court by written report filed on or before the above date that the parties have resolved the issues in the within adversary proceeding and that a settlement and/or dismissal is imminent.

    (a) Amended pleadings shall be filed, and/or additional parties shall be joined, by: _____.

    (b) Parties will provide expert disclosure under Fed.R.Civ.P. 26(a)(2), by: _____.

    (c) All discovery shall be **completed** by: _____.

    (d) Dispositive motions shall be filed by: _____; responses shall be filed within fourteen (14) days after mailing of the dispositive motion.

    (e) The parties do or do not request that a final pretrial conference be held prior to trial.

    (f) The parties do or do not request the option of Court-sponsored mediation prior to trial, as provided in L.B.R. 9019-2.

    (g) Trial is expected to take _____ (insert amount of time, i.e., hours, days).

    (h) Contain a statement whether each party does or does not consent to entry of final orders or judgment by the bankruptcy court;

Submission of the report will serve as certification that all initial required disclosures, pursuant to Fed.R.Bankr.P. 7026(a), have been fully and timely completed.

    IT IS FURTHER ORDERED as follows:

5. Failure of the parties, or a party, to comply with, or otherwise respond to, this Order, may result in the imposition of sanctions, dismissal of the within proceeding, or entry of judgment, if warranted and appropriate.

6. The parties shall commence discovery immediately after their Rule 26(f) meeting, referenced in Paragraph 1 above, is concluded.

IT IS FURTHER ORDERED and NOTICE IS HEREBY GIVEN that dispositive motions are not favored by this Court until *after* the parties have conferred pursuant to this Order and this Court has issued its Order and Notice of Trial Pursuant to Fed.R.Bankr.P. 7016.

Dated: February 2, 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge