## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>THOMAS KUTRUBES,<br>SSN: xxx-xx-5948<br><br>      Debtor. | Case No. 20-18219-JGR<br>Chapter 7 |
| ATLAS BIOLOGICALS, INC.<br><br>      Plaintiff,<br>v.<br><br>THOMAS KUTRUBES<br><br>      Defendant. | Adv. Pro. No. 23-1266-JGR |

### ORDER AND NOTICE OF TRIAL RELATED DEADLINES
### PURSUANT TO FED.R.BANKR.P. 7016 (FED.R.CIV.P. 16(b))

IT IS ORDERED that the provisions of Fed.R.Civ.P. 26 shall apply to this adversary proceeding, subject to the provisions of this Order.

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1. Amended Pleadings. Motions to amend or supplement pleadings or to join additional parties must be filed by **April 15, 2024**. This deadline pertains to timing only, parties must comply with Fed.R.Civ.P. 15(a).

2. Expert Witnesses. Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **July 1, 2024**. If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **August 15, 2024**.

3. Duty to Supplement-Sanctions. All disclosures and responses to discovery shall be timely supplemented pursuant to Fed.R.Civ.P. 26(e). Failure to timely disclose, or incomplete, false or misleading disclosures, may result in Fed.R.Civ.P. 37(c) sanctions.

4. Discovery. All expert and non-expert discovery must be completed by **October 1, 2024**. "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date. The special provisions

regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this adversary proceeding.

5.  Dispositive Motions.  Dispositive motions, if any, must be filed by **July 12, 2024**. Any response to a dispositive motion **shall** be filed with the Court and served on interested parties within **fourteen (14) days after service** of the dispositive motion. Dispositive motions and their supporting memoranda and the responses thereto and their supporting memoranda shall be limited to 15 pages, double-spaced, 12-point font. Motions, responses and memoranda in excess of the foregoing limitations may only be filed upon leave of court.  **Responses shall be filed within 21 days after mailing of the Dispositive Motion. Replies shall be permitted without Court order and may be filed within 14 days after mailing of the Response.** Summary judgment practice is not encouraged before this Court.  Please review L.B.R. 7056-1 before filing a motion for summary judgment.  This Court will strictly follow the requirements of L.B.R. 7056-1.

6.  Witnesses and Exhibits.  The disclosures required by Fed.R.Civ.P. 26(a)(3) and (a)(4) must be made on or before **August 12, 2024**.  Exhibits must be marked for identification (Plaintiff-numbers and Defendant-letters, with multipage exhibits individually paginated/numerated for ease of reference) and exchanged at the time the disclosures are made.  Written objections directed to the exhibits must be filed and served on opposing counsel or party on or before **August 26, 2024**, otherwise all objections except as to relevancy are waived.

7.  Pretrial Statement.  On or before **August 12, 2024**, the parties, through counsel, if applicable, must confer and must prepare and submit to the Court on or before **August 26, 2024**, a pretrial statement setting forth the following:

   A.  A brief summary of the claims and defenses of each party;

   B.  A concise and complete statement of stipulated and uncontested facts;

   C.  A concise statement of the issues that are in dispute;

   D.  A brief statement of all points of law relied upon, citing pertinent statutes, standards, cases and other authority; and

   E.  If applicable, an itemization of damages with a description of the basis for the calculation.

8.  Final Pretrial Conference.  A final pretrial conference shall be held telephonically on **Tuesday, September 3, 2024**, commencing at **11:00 a.m.**, in Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Counsel/parties shall appear by telephone at the hearing.  The following instructions are provided for appearing by telephone and connecting to the conference call line:

   Dial **833-568-8864 US Toll-free or 833-435-1820 US Toll Free**, a few minutes prior to commencement of the hearing.  It is a computerized system and you will be prompted to input a Meeting ID.  The Meeting ID is: **161 324 5580.** You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's case management team at 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

9. Trial. The matter shall be set for trial by separate order to be issued at a later date.

10. Alternative Dispute Resolution. If the parties request the option of Court-sponsored mediation prior to trial as provided in L.B.R. 9019-2, the Court shall issue an appropriate order referring the matter to mediation.

IT IS FURTHER ORDERED that, unless a party requests amendments to this Order on or before **April 2, 2024**, no modifications will be entertained by the Court.

IT IS FURTHER ORDERED that failure to comply with this Order and/or the procedures identified herein may result in denial of requested relief and/or imposition of appropriate sanctions pursuant to Fed.R.Bankr.P. 7016 and 7037 (Fed.R.Civ.P. 16 and 37).

DATED this 19th day of March, 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge